Macey & Aleman, P.C.
Jody A. Corrales
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jac@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Patricia Celaya,<br><br>        Plaintiff,<br><br>v.<br><br>National Action Financial Services, Inc.,<br><br>        Defendant. | Case No. 4:10-cv-00483-CRP<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.


RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Jody A. Corrales*
Jody A. Corrales, Esq.
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jac@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Paul F. Labaki, Esq.
National Action Financial Services, Inc.
165 Lawrence Bell Drive, Suite 100
Williamsville, NY 14221

              */s/ Richard J. Meier*